UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No. 06-cr-00447-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GUSTAVO MORENO-MARTINEZ,

2. ELIDA OLIVARES-CARRENO,

    Defendants.

_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, November 24, 2006,** and responses to these motions shall be filed by **Friday, December 8, 2006.**  It is

    FURTHER ORDERED that a hearing on all pending motions is not set at this time as counsel shall file a motion to continue by **November 24, 2006.**  It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, January 8, 2007, at 9:00 a.m., in courtroom A-1002.**

Dated: November 9, 2006

                                      BY THE COURT:


                                      s\ Wiley Y. Daniel
                                      Wiley Y. Daniel,
                                      U. S. District Judge